**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **LIFESTYLES UNLIMITED, INC.,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No.: 4:21-cv-609** |
| **TEXAS LIFESTYLE REALTY GROUP LLC, a Texas limited liability company,** | § | |
| | § | **Judge Mazzant** |
| | § | |
| ***Defendant.*** | § | |
| | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lifestyles Unlimited, Inc. and Defendant Texas Lifestyle Realty Group LLC, agree and stipulate, and hereby respectfully file this Joint Stipulation of Dismissal with Prejudice to dismiss all claims in this action with prejudice.

///

///

///

///

///

///

///

///

///

DATED this 13th day of January, 2022.

Respectfully submitted,

SNELL & WILMER, LLP
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004

By: ______________________
DAVID G. BARKER
Ariz. Bar No. 024657
*ADMITTED PRO HAC VICE*
ATTORNEY IN CHARGE FOR PLAINTIFF
dbarker@swlaw.com

DANIEL M. STAREN
ARIZ. BAR NO. 035425
*ADMITTED PRO HAC VICE*
ATTORNEY FOR PLAINTIFF
dstaren@swlaw.com

ALMANZA, BLACKBURN, DICKIE &
MITCHELL, LLP
2301 S. Capital of Texas Highway, Building H
Austin, Texas 78746

By: *Boone Almanza w/consent*
A. BOONE ALMANZA
Tex. Bar No. 015790001
ATTORNEYS FOR DEFENDANT
balmanza@abdmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been sent via CM/ECF to the parties listed below, on this 13th day of January, 2022.

A. Boone Almanza
Tex. Bar No. 015790001
ALMANZA, BLACKBURN, DICKIE & MITCHELL, LLP
2301 S. Capital of Texas Highway, Building H
Austin, Texas 78746
balmanza@abdmlaw.com

*Attorneys for Defendant Texas Lifestyle Reality Group, LLC*

/s/ [signature]